UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>RUTH ANNE TORCHIA<br>11 HUNT CUP LANE<br>CAMDEN, SC  29020<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO.:  17-01098-dd |

### TRUSTEE'S PETITION TO DISMISS CHAPTER 13 CASE

NOW COMES the chapter 13 trustee in this case and alleges:
1. This court has jurisdiction over this matter under 28 USC Section 1334 and 11 USC Section 1307.
2. The Debtor in this case has not made the required payments under the plan.
3. The trustee requests that should the debtor fail to cure the delinquency and/or fail to make an arrangement with the trustee regarding cure of the delinquency **within 21 days from the mailing date** set forth below, that an order be entered dismissing the case.

Date:  January 09, 2018

/s/ Pamela Simmons-Beasley
Pamela Simmons-Beasley, Trustee
250 Berryhill Road, Suite 402
Columbia, SC  29210
Phone: (803) 779-5180 Fax: (803) 765-0167
E-mail: pleadings@ch13trustee.net

### NOTICE OF OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that the above petition may be granted by the court unless a party in interest files a written objection **within 21 days from the date of mailing** listed below.  The objection should be filed with the U.S. Bankruptcy Court, 1100 Laurel St., Columbia, SC 29201 and a copy served on the trustee at the address listed above. Any objection must set forth the grounds and comply with Local Rule 9014-1.  If an objection is filed, a hearing will be held on February 12, 2018 at 10:00 am at:  J. Bratton Davis U.S. Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201.

   Any party who files a written objection and fails to appear at a subsequent hearing may have his objection not considered by the court.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Trustee's Petition to Dismiss was served on the debtor at the above address and the attorney for the debtor by US Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the court.

Dated:  January 09, 2018

Attorney for the Debtor:
Moss and Associates
816 Elmwood Ave
Columbia, SC  29201

/s/  BETH GRIFFITH
Chapter 13 Trustee's Office
250 Berryhill Road, Suite 402
Columbia, SC  29210
Phone: (803) 779-5180 Fax: (803) 765-0167