**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

**IN RE:**                                         CASE NO:    17-01098-dd
**Ruth Anne Torchia**                              CHAPTER:    13
11 Hunt Cup Lane
Camden, SC 29020

*aka* **Ruth A Torchia**
*aka* **Ruth Torchia**
*aka* **Ruth Williams Torchia**

DEBTOR(S)
Last four digits of Social-Security or
Individual Tax-Payer-Identification (ITIN)
No(s)., (if any):    xx 8459

Debtor(s).

### *AMENDED* MOTION AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS

TYPE OF SALE:  Private

PROPERTY TO BE SOLD:  923 Red Fox Road Camden, SC 29020 Kershaw County
 (TMS# 244-00-00-198)

PRICE:  $60,000.00

APPRAISAL VALUE:  $ 43,000 (Tax Appraisal)

BUYER:  Jacquelynn King: No relation to debtor

PLACE AND TIME OF SALE:  Within 60 days following the entry of Order

SALES AGENT/AUCTIONEER/BROKER:  Coldwell Banker / Advantage Realty Group

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:  3% to Coldwell Banker: 3% to Advantage Realty Group

ESTIMATED TRUSTEE'S COMPENSATION:  N/A

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:  N/A

DEBTOR'S EXEMPTION: $0.00

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:  Confirmed plan pays 100% to unsecured creditors. *In addition, client to use proceeds to bring case current: amount to be determined*

STAY OF ORDER:  N/A

*Debtor has no unused exemptions available and agrees to pay 100 percent plus interest to unsecured creditors.  Debtor entered a pre-petition construction agreement in an estimated amount of $38,000.00.  The proceeds from the sale will be used to pay the contingent construction agreement and will be disclosed in the HUD statement.  Due to the increase in equity, the debtor agrees by Order of the court to pay 100 percent plus interest to unsecured creditors.*

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale.  The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee or debtor in possession, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Date: February 20, 2018                     By: /s/ Jason T. Moss
                                            Jason T. Moss
                                            Federal I.D. No. 7240
                                            Moss & Associates, Attorneys P.A.
                                            816 Elmwood Avenue
                                            Columbia SC 29201
                                            (803) 933-0202
                                            Attorney for the Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

In Re:                                          )
Ruth Anne Torchia                               )          Case No. 17-01098-dd
                                                )
                                                )
                                                )          Chapter 13
                         Debtor.                )
_____         )

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING AMENDED MOTION TO SELL TO THE FOLLOWING CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID:


Pamela Simmons-Beasley. (CM/ECF)
Chapter 13 Trustee

Quinn and Hardy Law Firm
2309 Devine Street
Columbia, SC 29205
803-771-0936

SEE ATTACHED LIST


Date: February 20, 2018                         /s/ Chi Anne Walling
                                                Bankruptcy Paralegal
                                                Moss & Associates Attorneys PA
                                                816 Elmwood Ave
                                                Columbia SC 29201
                                                (803) 933-0202